# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# BENTON DIVISION

---

| | |
|---|---|
| The Coin-Tainer Company, LLC | Case No. 3:19-CV-00234 (NJR/RJD) |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| v. | |
| Pap-R Products Company, and Pap-R-Tainer, LLC, and Scott Ware, | |
| Defendants. | |

---

PLEASE TAKE NOTICE THAT, the undersigned attorney hereby notifies the Court and counsel that Plaintiff, The Coin-Tainer Company, LLC, has retained Brian R. Kalb of Byron Carlson Petri & Kalb, LLC to substitute as counsel for Sandra J. Tatoian of Goldenberg Heller & Antognolli, P.C. Attorney Bryan R. Battina of Trepanier MacGillis Battina P.A. shall remain as lead counsel. Attorney Kalb certifies that he will comply with existing hearing schedules and deadlines.

Dated: December 23, 2019.        **TREPANIER MACGILLIS BATTINA P.A.**

                                 */s/Bryan R. Battina*
                            By: _____
                                 Bryan R. Battina, MN #338102 (*admitted pro hac vice*)
                                 *bbattina@trepanierlaw.com*
                                 8000 Flour Exchange Building
                                 310 Fourth Avenue South
                                 Minneapolis, MN 55415
                                 Phone: 612.455.0500
                                 Fax: 612.455.0501
                                 *www.trepanierlaw.com*

**BYRON CARLSON PETRI & KALB, LLC**

By: */s/Brian R. Kalb*
_____
Brian R. Kalb, IL #6275228
brk@bcpklaw.com
411 St. Louis Street
Edwardsville, IL 62025
Phone: 618.655.0600
Fax: 618.655.4004
*www.bcpklaw.com*

**ATTORNEYS FOR PLAINTIFF
THE COIN-TAINER COMPANY, LLC**

With agreement:

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By: */s/Sandra J. Tatoin*
_____
Sandra J. Tatoian, IL #06278580
2227 South State Route 157
Edwardsville, IL 62025
Phone: 618.656.5150
*www.goldenbergheller.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, for service upon the parties and counsel of record.

*/s/Brian R. Kalb*
_____

Brian R. Kalb, IL #6275228