UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

---

The Coin-Tainer Company, LLC,

          Plaintiff,

vs.                                      Case No. 3:19-CV-00234 (NJR)

Pap-R Products Company,
Pap-R-Tainer, LLC, and Scott Ware,

          Defendants

---

## STIPULATION MODIFYING CERTAIN DEADLINES

Pursuant to Fed. R. Civ. P. 29 and the Scheduling and Discovery Order (D.I. 79), the above-named parties, by and through their counsel of record, stipulate and agree to modify certain discovery deadlines as shown in the following table:

| Deadline Description | Original Deadline[1] | New Deadline |
|---|---|---|
| Deposition of Plaintiff | 2/7/2020 | 2/28/2020 |
| Deposition of Defendants | 2/21/2020 | 3/6/2020 |
| Plaintiff's expert disclosures | 3/13/2020 | 3/31/2020 |
| Defendants' expert disclosures | 4/10/2020 | 4/24/2020 |
| Deposition of Plaintiff's expert(s) | 4/24/2020 | 4/28/2020 |
| Deposition of Defendants' expert(s) | 5/1/2020 | 5/1/2020 (Unchanged) |

---

[1] As set by the Scheduling and Discovery Order, adopting the deadlines proposed in the parties' Joint Report (D.I. 79-1).

1

Dated:  January 28, 2020.

By: /s/ *Nathan C. Fonda*
    Matthew A. Braunel
    David B. Jinkins (admitted *pro hac vice*)
    Nathan C. Fonda (admitted *pro hac vice*)
    THOMPSON COBURN LLP
    One US Bank Plaza
    Saint Louis, MO 63101
    314-552-6000
    314-552-7000 FAX
    mbraunel@thompsoncoburn.com
    djinkins@thompsoncoburn.com
    nfonda@thompsoncoburn.com

    Michael A. Parks (admitted *pro hac vice*)
    THOMPSON COBURN LLP
    55 East Monroe Street
    37th Floor
    Chicago, IL 60603
    312-346-7500
    312-580-2201 FAX
    mparks@thompsoncoburn.com

    Mark J. Carpenter, Minn. Bar #252189 (admitted *pro hac vice*)
    CARPENTER LAW FIRM PLLC
    7400 Metro Blvd., Suite 330
    Edina, MN 55439
    (952) 921-7340
    mark@carpenter-law-firm.com

*Attorneys for Defendants Pap-R Products Company, Pap-R Tainer, LLC, and Scott Ware*

**TREPANIER MACGILLIS BATTINA P.A.**

By: /s/ *Bryan R. Battina* (with consent)
    Bryan R. Battina, MN #338102 (*admitted pro hac vice*)
    bbattina@trepanierlaw.com
    8000 Flour Exchange Building
    310 Fourth Avenue South
    Minneapolis, MN 55415
    Phone: 612.455.0500

Fax: 612.455.0501

**BYRON CARLSON PETRI & KALB, L.L.C.**

Brian R. Kalb, IL #6275228
brk@bcpklaw.com
411 St. Louis Street
Edwardsville, IL 62025
Phone: 618.655.0600
Fax: 618.655.4004

*Attorneys for Plaintiff*
*The Coin-Tainer Company, LLC*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for service upon the parties and counsel of record.

                                                             /s/ *Nathan Fonda*